

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

In Case No. 2006-0751, **Christine C. Eng Khabbaz & a. v. Commissioner of Social Security**, the court on November 30, 2006, issued the following order:

Case is accepted and will be scheduled for oral argument before the full court.

An original and eight copies of plaintiffs' brief must be filed on or before January 2, 2007. An original and eight copies of defendant's brief must be filed on or before February 1, 2007.

> **NOTE:** Your brief must not exceed 35 pages. See Rule 16(11). The appealing party must attach a copy of any decision(s) being appealed. See Rule 16(3)(i).
>
> An appealing party is responsible for providing the court with the necessary record to decide the appeal. Failure to do so may result in dismissal of the appeal. For information about how to provide the court with the record, review Rule 13 carefully. If you intend to file an appendix to your brief, review Rule 17.

Broderick, C.J., and Dalianis, Duggan, Galway and Hicks, JJ., participated.

                                             **Eileen Fox,**
                                             **Clerk**

Distribution:
US District Court for the District of New Hampshire
Honorable Paul Barbadoro
Timothy G. Kerrigan, Esquire
Preeya M. Noronha, Esquire
David L. Broderick, Esquire
File